| Fill in this information to identify the case: | |
|---|---|
| Debtor name | RCR Car Care, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advanced Auto Parts<br>Financial Services<br>PO Box 742063<br>Atlanta, GA 30374 | | Vendor | | | | $17,000.00 |
| ATD<br>121 Wilshire Boulevard<br>Brentwood, NY 11717 | | Vendor | | | | $5,000.00 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | | Mastercard | | | | $25,144.00 |
| Bethpage Federal Credit Union<br>PO Box 660881<br>Dallas, TX 75266 | | Mastercard | | | | $23,000.00 |
| Bio-Lo Industries<br>145 Brook Avenue<br>Deer Park, NY 11729 | | Vendor | | | | $2,000.00 |
| BWP Car Quest Auto Parts<br>PO Box 18422<br>Newark, NJ 07191 | | Vendor | | | | $1,310.21 |
| Chase Bank/Marriot<br>PO Box 15153<br>Wilmington, DE 19886 | | Visa | | | | $22,715.00 |
| Cintas<br>PO Box 630803<br>Cincinnati, OH 45263 | | Vendor | | | | $1,400.00 |
| First Bankcard<br>PO Box 2818<br>Omaha, NE 68103 | | Visa | | | | $31,730.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **RCR Car Care, LLC**  
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kevin Zebroski<br>937 Old Country Road<br>Riverhead, NY 11901 | | Equipment Purchase | | | | $6,500.00 |
| Lighthouse Security<br>PO Box 1894<br>Riverhead, NY 11901 | | Alarm Service | | | | $1,347.00 |
| LPL Risk Management<br>148-2 Remington Boulevard<br>Ronkonkoma, NY 11779 | | Workers compensation management fees | | | | $1,187.07 |
| Nelson Pope & Voorhis<br>572 Walt Whitman Road<br>Melville, NY 11747 | | Environmental study | | | | $4,830.09 |
| NYS Department of Taxation & Finance<br>Bankruptcy Unit-TCD<br>Bldg 8 Room 455<br>Albany, NY 12227 | | Sales tax | | | | $6,150.24 |
| Town of Riverhead<br>200 Howell Avenue<br>Riverhead, NY 11901 | | Rent to landlord | | | | $7,090.34 |