Berger, Fischoff & Shumer, LLP
Proposed Attorneys for the Debtor &
Debtor-in-Possession
Heath S. Berger, Esq.
40 Crossways Park Drive
Woodbury, New York 11797
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                    Chapter 11

    RCR CAR CARE, LLC                                         Case No.

                  Debtor                                         **AFFIDAVIT PURSUANT**
                                                         **TO RULE 1007-4**
------------------------------------------------------------------X

STATE OF NEW YORK )
COUNTY OF NASSAU ) ss.;

        Richard Roberts, Jr., being duly sworn, deposes and says:

        1.     I am the Managing Member of the debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

        2.     The debtor is filing contemporaneously herewith, a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

        3.     There are no prior bankruptcy case filings by this Debtor.

        4.     The Debtor is a New York corporation. The Debtor is a non-public company and none of its shares are registered under Section 12 of the Securities Exchange Act of 1934. All stock issued and outstanding is common stock of one class. I am the 100% owner of RCR Business Group, Inc., which is the 100% owner of RCR Car Care, LLC.

5. The Debtor operates a Meineke Car repair business. The Debtor's financial situation has been negatively impacted by a recent decrease in sales and an overall difficult environment for car repair businesses. New car sales have been approaching new sales records impacting business for car repair shops because people are replacing older vehicles with new vehicles requiring less auto repairs.

6. The Debtor intends to use the Chapter 11 process to stabilize its financial affairs and reorganize.

7. There is no pre-petition creditors committee.

8. Pursuant to Bankruptcy Rule 1007 and the local rules of this court the debtor is required to file with this petition a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote at creditors meeting under 11 U.S.C. Section 702; (ii) such creditors who are employees of the debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest unsecured creditors is annexed hereto.

9. None of the debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for an such entity. The Debtor does have two secured creditors - New York commercial Bank with an outstanding principal balance of approximately $1,200,000.00 and Citibank N.A. with an outstanding principal balance of approximately $700,000.00

10. There are no actions pending by the Debtor.

11.     The Debtor's assets have been included on the Debtor's Schedule B - Personal Property, filed simultaneously herewith.

12.     The debtor's assets and liabilities have been included on the debtor's Schedules which are being filed simultaneously herewith.

Sworn to before me this
\_\_\_\_th day of March, 2016

_____
Notary Public

RCR CAR CARE, LLC

_____
Richard Roberts, Jr., Managing Member